sistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Katz *v.* Katz, Appellant.

Argued June 20, 1966. *I. Raymond Kremer,* for appellant; *Jay D. Barsky,* with him *Silver and Barsky,* for appellee.

Orders affirmed.

## Commonwealth ex rel. Knotter, Appellant, *v.* Maroney.

Submitted April 11, 1966. *William L. Kimmel* and *Walker and Kimmel,* for appellant; *Alexander Ogle,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Kuhn, Appellant, *v.* Russell.

Submitted June 13, 1966. *Joseph F. Kuhn,* appellant, in propria persona; *Charles Robert Bernsee* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Martin, Appellant, *v.* Rundle.

Submitted June 13, 1966. *Arthur E. Martin*, appellant, in propria persona; *Thomas A. Pitt, Jr.*, Assistant District Attorney, and *A. Alfred Delduco*, District Attorney, for appellee.

Order affirmed.

JACOBS, HOFFMAN and SPAULDING, JJ., would remand for consideration of the constitutional issue of whether the prisoner was deprived of the assistance of counsel in taking his appeal.